**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  Patrick M. Vitale

Case No.: 23-10496 (JKS)

Chapter:  7

Judge:  John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on March 21, 2023, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 6 Van Buren Ave., Vernon, NJ, having a fair market value of $221,000.00.

> Liens on property:
>
> Select Portfolio Servicing
> $290,000.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  201-845-1000

F0038623 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10496-JKS |
| Patrick M Vitale | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf905 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick M Vitale, 6 Van Buren Ave, Vernon, NJ 07462-3527 |
| 519817160 | + | Gem Recovery Systems, 1001 Mcbride Ave, Little Falls, NJ 07424-2534 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2023 20:53:10 | Capital One Auto Finance a division of Capital On, AIS Portfolio Services, LP, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519817154 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 20:52:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519817155 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 22 2023 21:04:21 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519822121 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2023 20:52:51 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519817156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 21:04:23 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519817158 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2023 20:49:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519817159 | + | Email/Text: mrdiscen@discover.com | Feb 22 2023 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519817161 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 22 2023 20:48:00 | Goldman Sachs, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519817162 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2023 20:48:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519817163 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 22 2023 20:48:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519817165 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 22 2023 20:49:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519817167 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 22 2023 20:49:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |

Case 23-10496-JKS    Doc 16    Filed 02/24/23    Entered 02/25/23 00:16:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf905 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519817169 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 22 2023 20:49:00 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519817170 | + | Email/PDF: gecsedi@recoverycorp.com Feb 22 2023 20:52:44 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817784 | + | Email/PDF: gecsedi@recoverycorp.com Feb 22 2023 20:52:47 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519817171 | + | Email/PDF: gecsedi@recoverycorp.com Feb 22 2023 20:52:16 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817172 | + | Email/PDF: gecsedi@recoverycorp.com Feb 22 2023 20:52:14 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817173 | + | Email/PDF: gecsedi@recoverycorp.com Feb 22 2023 20:52:47 | | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519817174 | + | Email/PDF: gecsedi@recoverycorp.com Feb 22 2023 20:52:43 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817175 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Feb 22 2023 20:48:00 | | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519817176 | + | Email/Text: bkfilings@zwickerpc.com Feb 22 2023 20:49:00 | | Zwicker and Associates, 1020 Laurel Oak Road, Suirte 303, Voorhees, NJ 08043-3518 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| 519817157 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519817164 | *+ | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519817166 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519817168 | *+ | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 22, 2023 | Form ID: pdf905 | Total Noticed: 25

| | |
|---|---|
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2018-RPL9 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James C. Zimmermann | on behalf of Debtor Patrick M Vitale jim@jzlawyer.com office@jzlawyer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5